UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WHITE, an individual, on behalf of themselves and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ASSET RETENTION SERVICES, LLC, a Florida limited liability company<br><br>Defendants. | Case No.: 2:13-cv-02361-APG-GWF<br><br>**DEFAULT JUDGMENT**<br><br>(Dkt. #12) |

Plaintiff David White has applied for entry of a Default Judgment against defendant Asset Retention Services, LLC. (Dkt. #12.) Default was previously entered against Asset Retention for its failure to answer or otherwise defend as to the complaint. Asset Retention is not a natural person, and therefore is not in the military service of the United States and is not an infant or incompetent person. Based upon Mr. White's Application and attached affidavit, good cause exists for entry of Default Judgment as set forth below.

IT IS THEREFORE ORDERED that Judgment is entered in favor of plaintiff David White and against defendant Asset Retention Services, LLC in the following amounts:

1. Statutory damages in the amount of $1,000.00;
2. Costs of suit in the amount of $490.00; and
3. Attorney's fees in the amount of $3,585.00,

For a total Judgment in favor of plaintiff David White and against defendant Asset Retention Services, LLC in the amount of **Five Thousand Seventy-Five and 00/100 U.S. Dollars ($5,075.00),** all to bear interest at the statutory rate from date of entry of this Judgment until paid in full.

/ / / /

- 1 -

IT IS FURTHER ORDERED that this Judgment shall be considered a final Judgment for all purposes.

DATED this 22nd day of October 2015.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE